NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KITSCH LLC,**

*Plaintiff-Appellee*

**v.**

**DEEJAYZOO, LLC,**

*Defendant-Appellant*

---

2024-1394

---

Appeal from the United States District Court for the Central District of California in No. 2:19-cv-02556-JAK-RAO, Judge John A. Kronstadt.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kitsch LLC's "request for entry of order of dismissal with prejudice," ECF No. 24, which the court construes as a motion to dismiss this appeal; Dee-JayZoo, LLC's failure to respond to that motion or file an opening brief by the deadline set forth in the court's October 18, 2024 order; and the court's February 21, 2025 notice that the opening brief is overdue,

2                                    KITSCH LLC v. DEEJAYZOO, LLC

IT IS ORDERED THAT:

(1)  Kitsch's motion is granted.  The appeal is dismissed for failure to prosecute.  *See* Fed. Cir. R. 25(h), 31(d).

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 12, 2025
        Date

ISSUED AS A MANDATE:  March 12, 2025